UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re: John Schlosser, Sr.

Case No.: 19-13311/ABA
Chapter: 7
Judge: ABA

## NOTICE OF PROPOSED ABANDONMENT

__JOSEPH D. MARCHAND__, __TRUSTEE__ in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

Address of the Clerk:
Clerk of the United States Bankruptcy Court
U.S. Post Office & Court House
PO Box 2067, 401 Market Street
Camden, NJ 08101-2067

If an objection is filed, a hearing will be held before the Honorable __Andrew B. Altenburg, Jr.__ on __April 16, 2019__ at __10:00__ a.m. at the United States Bankruptcy Court, Courtroom no. __4B__. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

Description and value of property:
Real Property:
18 Spruce Street
Westville, NJ
FMV - $64,000.00

Liens on property:    Bayview - $160,825.00

Amount of equity claimed as exempt: $0.00

Objections must be served on, and requests for additional information directed to:

Name: /s/ Joseph D. Marchand, Chapter 7 Trustee
Address: 117-119 West Broad Street, P.O. Box 298, Bridgeton, NJ 08302
Telephone No.: (856) 451-7600

rev.8/1/15

United States Bankruptcy Court
District of New Jersey

In re:
John R. Schlosser, Sr.
    Debtor

Case No. 19-13311-ABA
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0312-1     User: admin     Page 1 of 1     Date Rcvd: Mar 20, 2019
                      Form ID: pdf905     Total Noticed: 10

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 22, 2019.
db             +John R. Schlosser, Sr.,    18 Spruce Avenue,    Westville, NJ 08093-1116
518034424      +Bank of Missouri,    5109 S. Broadband Lane,    Sioux Falls, SD 57108-2208
518036215      +Dennis & Dawn Christ,    18 Spruce Avenue,    Westville, NJ 08093-1116
518034428      +KML Law Group, PC,    216 Haddon Ave Ste 406,    Collingswood, NJ 08108-2812
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Mar 20 2019 23:51:20      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Mar 20 2019 23:51:15      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
518034425      +E-mail/Text: bkmailbayview@bayviewloanservicing.com Mar 20 2019 23:51:53
                 Bayview Loan Servicing, LLC,    4425 Ponce De Leon Blvd, 5th Floor,
                 Coral Gables, FL 33146-1837
518034426       E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Mar 20 2019 23:56:49      Capital One,
                 PO Box 30285,    Salt Lake City, UT 84130-0285
518034427      +E-mail/PDF: acg.acg.ebn@americaninfosource.com Mar 20 2019 23:56:14
                 Capital One Auto Finance,    PO Box 201347,    Arlington, TX 76006-1347
518034429      +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Mar 20 2019 23:50:00
                 Verizon,    500 Technology Dr Ste 550,    Weldon Spring, MO 63304-2225
                                                                                              TOTAL: 6

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 22, 2019                       Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 19, 2019 at the address(es) listed below:
              Joseph Marchand     jdmarchand@comcast.net,    jmarchand@comcast.net;jmarchand@ecf.axosfs.com
              Kevin Gordon McDonald    on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC, A DELAWARE LIMITED
               LIABILITY COMPANY kmcdonald@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Rex J. Roldan    on behalf of Debtor John R. Schlosser, Sr. roldanlaw@comcast.net,
               roldanlaw1@gmail.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 4
```