| | | |
|---|---|---|
| **Information to identify the case:** | | |
| Debtor 1 | **John R. Schlosser Sr.** | Social Security number or ITIN   xxx–xx–9310 |
| | First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   _ _ _ _ |
| | | EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 19–13311–ABA | |

# Order of Discharge

**12/15**

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

John R. Schlosser Sr.

5/24/19

**By the court:**  Andrew B. Altenburg Jr.
United States Bankruptcy Judge

## Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

### Creditors cannot collect discharged debts

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

### Most debts are discharged

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for most taxes;

♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

♦ debts for most fines, penalties, forfeitures, or criminal restitution obligations;

♦ some debts which the debtors did not properly list;

♦ debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
District of New Jersey

In re:
John R. Schlosser, Sr.
                Debtor

Case No. 19-13311-ABA
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin          Page 1 of 1          Date Rcvd: May 24, 2019
                             Form ID: 318          Total Noticed: 11

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 26, 2019.
db            +John R. Schlosser, Sr.,   18 Spruce Avenue,    Westville, NJ 08093-1116
518034424     +Bank of Missouri,    5109 S. Broadband Lane,    Sioux Falls, SD 57108-2208
518036215     +Dennis & Dawn Christ,    18 Spruce Avenue,    Westville, NJ 08093-1116
518034428     +KML Law Group, PC,    216 Haddon Ave Ste 406,    Collingswood, NJ 08108-2812

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
tr            +EDI: QJDMARCHAND.COM May 25 2019 02:58:00     Joseph Marchand,    117-119 West Broad St.,
               PO Box 298,   Bridgeton, NJ 08302-0228
smg            E-mail/Text: usanj.njbankr@usdoj.gov May 24 2019 23:19:23     U.S. Attorney,    970 Broad St.,
               Room 502,   Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov May 24 2019 23:19:20     United States Trustee,
               Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
               Newark, NJ 07102-5235
518034425     +E-mail/Text: bkmailbayview@bayviewloanservicing.com May 24 2019 23:19:48
               Bayview Loan Servicing, LLC,    4425 Ponce De Leon Blvd, 5th Floor,
               Coral Gables, FL 33146-1837
518034426      EDI: CAPITALONE.COM May 25 2019 02:58:00     Capital One,    PO Box 30285,
               Salt Lake City, UT 84130-0285
518034427     +EDI: AISACG.COM May 25 2019 02:58:00     Capital One Auto Finance,    PO Box 201347,
               Arlington, TX 76006-1347
518034429     +EDI: VERIZONCOMB.COM May 25 2019 02:58:00     Verizon,    500 Technology Dr Ste 550,
               Weldon Spring, MO 63304-2225
                                                                                     TOTAL: 7

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 26, 2019                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 24, 2019 at the address(es) listed below:
              Joseph  Marchand    jdmarchand@comcast.net,   jmarchand@comcast.net;jmarchand@ecf.axosfs.com
              Kevin Gordon McDonald    on behalf of Creditor   BAYVIEW LOAN SERVICING, LLC, A DELAWARE LIMITED
               LIABILITY COMPANY kmcdonald@kmllawgroup.com,   bkgroup@kmllawgroup.com
              Rex J. Roldan    on behalf of Debtor John R. Schlosser, Sr. roldanlaw@comcast.net,
               roldanlaw1@gmail.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                     TOTAL: 4